**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
THOMASVILLE DIVISION**

DONALD A. PIERCE,
    Plaintiff

v.      6:06-CV-042 (WLS)

KEVIN ROBERTS, et. al.,
    Defendants

## **ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge G. Mallon Faircloth filed on July 31, 2006. (Doc. 16). It is recommended that Defendant Miller's Motion to Dismiss (Doc. 11) be granted. (Doc. 16). Plaintiff filed a timely objection to this Report and Recommendation on August 9, 2006. (Doc. 20). Also before the Court is a Report and Recommendation from United States Magistrate Judge G. Mallon Faircloth filed on January 16, 2007. (Doc. 30). It is recommended that Defendants Ponder, Knifer, and Langston's Motion for Summary Judgment (Doc. 25) be granted. (Doc. 30). No objection has been filed to the second Report and Recommendation.

**I. Report and Recommendation of July 31, 2006**

In the first Report and Recommendation, it was noted that Plaintiff's alleges that he was falsely accused of a crime and held more than eighteen (18) months in the Thomas County Jail without a trial. (Doc. 16). It was also noted that Plaintiff contends that his rights to counsel, a reading of his rights, his right to a speedy trial, and his right to a full investigation of the charges against him were violated. *Id*. Upon review of Plaintiff's Complaint, it was found that Plaintiff failed to allege any specific violations against Defendant Miller that fall outside the scope of his prosecutorial duties, for which Defendant enjoys absolute immunity from suit under 42 U.S.C. § 1983. *Id*. It is therefore recommended that Defendant Miller's Motion to Dismiss (Doc. 11) be granted for Plaintiff's failure to state a claim for which relief may be granted. *Id*.

In his Objection, Plaintiff reasserts the claims listed above; the same which were

addressed by the Magistrate Judge in the instant Recommendation. (Doc. 20). Notably, Plaintiff does not attempt to rebut or otherwise address the Magistrate Judge's finding that Plaintiff failed to allege any violations against Defendant which fall outside of Defendant's prosecutorial duties such that said Defendant would not enjoy absolute immunity. *Id*. Plaintiff's Objection is therefore overruled.

Upon full review and consideration upon the record, the Court finds that said Recommendation (Doc. 16) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein, together with the findings made and conclusions reached herein. Accordingly, Defendant Miller's Motion to Dismiss (Doc. 11) is **GRANTED**.

**II.     Report and Recommendation of January 16, 2007**

In the second Report and Recommendation, it was found that Plaintiff's Complaint fails to allege any specific violations against Defendants Ponder, Knifer, and Langston. (Doc. 30). Additionally, it was noted that Plaintiff stipulates that these Defendants "'had no responsibility in the violations of his civil rights that [have] occurred,'" and that Plaintiff "'does not object [to] them being removed from this action.'" (Doc. 30; *see also* Doc. 27). It is therefore recommended that Defendants Ponder, Knifer, and Langston's Motion for Summary Judgment (Doc. 25) be granted. (Doc. 30). Plaintiff has not filed an objection to this Report and Recommendation.

Upon full review and consideration upon the record, the Court finds that the Report and Recommendation (Doc. 30) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Therefore, Defendants Ponder, Knifer, and Langston's Motion for Summary Judgment (Doc. 25) is **GRANTED**.

**III.    Plaintiff's Motion to Remove Criminal Case**

Additionally, Plaintiff's Motion to Remove Criminal Case (Doc. 13) is **DENIED WITHOUT PREJUDICE** as the criminal case to which Plaintiff refers is not within this Court's jurisdiction and for the further reason that the validity of Plaintiff's confinement cannot

be challenged pursuant to Section 1983.

## **CONCLUSION**

For the foregoing reasons, the Reports and Recommendations (Docs. 16, 30) are **ACCEPTED, ADOPTED**, and made the Order of this Court for reason of the findings made and reasons stated therein, together with the findings made and conclusions reached herein. Defendant Miller's Motion to Dismiss (Doc. 11) is **GRANTED**; Plaintiff's Motion to Remove Criminal Case (Doc. 13) is **DENIED WITHOUT PREJUDICE**; and Defendants' Ponder, Knifer, and Langston's Motion for Summary Judgment (Doc. 25) is **GRANTED**.

**SO ORDERED**, this  5TH  day of February, 2007.

                                                /s/W. Louis Sands  
                                                **THE HONORABLE W. LOUIS SANDS,**  
                                                **UNITED STATES DISTRICT JUDGE**